UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
JUL 1 2001
M... CHAMBERS

JUDITH BARCLAY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1092 (DWF/AJB)

# ORDER FOR REASSIGNMENT OF RELATED CASES

JEFF LATZ,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1132 (DSD/JMM)

GORDON M. CATHEY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1175 (DSD/JMM)

JOSEPH GROSS,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1183 (MJD/JGL)

Filed JUL 1 9 2001
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials

4

ROBERT HUNTER,
Plaintiff,

v. Civil No. 01-1190 (DSD/JMM)

CHRONIMED, INC., ET AL.,
Defendants.

---

THOMAS STUNDA,
Plaintiff,

v. Civil No. 01-1202 (DWF/SRN)

CHRONIMED, INC., ET AL.,
Defendants.

---

Case No. 01-1092(DWF/AJB) having been assigned to Judge Donovan W. Frank, Case Nos. 01-1132(DSD/JMM), 01-1175(DSD/JMM), and 01-1190(DSD/JMM) having later been assigned to Judge David S. Doty, Case No. 01-1183(MJD/JGL)having later been assigned to Judge Michael J. Davis and and Case No. 01-1202(DWF/SRN) having later been assigned to Judge Donovan W. Frank and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 01-1132, 01-1175, 01-1190, 01-1183 and 01-1202 be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of cards on the Security List of the automated case assignment system, and the Clerk of Court is directed to void and reuse these cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 10th, 2001

DONOVAN W. FRANK
Judge of United States District Court

Dated: July 16, 2001

DAVID S. DOTY
Judge of United States District Court

Filed ____
Richard D. Sletten, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____

Dated: July 18, 2001

MICHAEL J. DAVIS
Judge of United States District Court

#01-1092