UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDITH BARCLAY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1092 (DWF/AJB)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JEFF LATZ,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1132 (DWF/AJB)

GORDON M. CATHEY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1175 (DWF/AJB)

JOSEPH GROSS,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1183 (DWF/AJB)

12

Filed OCT 9 2001
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials DB

ROBERT HUNTER,
Plaintiff,

v. Civil No. 01-1190 (DWF/AJB)

CHRONIMED, INC., ET AL.,
Defendants.

THOMAS STUNDA,
Plaintiff,

v. Civil No. 01-1202 (DWF/AJB)

CHRONIMED, INC., ET AL.,
Defendants.

IVAN W. RUSSELL,
Plaintiff,

v. Civil No. 01-1303 (JMR/FLN)

CHRONIMED, INC., ET AL.,
Defendants.

BENJAMIN RUBIN,
Plaintiff,

v. Civil No. 01-1366 (JMR/SRN)

CHRONIMED, INC., ET AL.,
Defendants.

RAJAGOPAL RAMCHANDRAN,
Plaintiff,

v. Civil No. 01-1455 (DSD/JMM)

CHRONIMED, INC., ET AL.,
Defendants.

Case Nos. 01-1092 (DWF/AJB), 01-1132 (DWF/AJB), 01-1175 (DWF/AJB), 01-1183 (DWF/AJB), 01-1190 (DWF/AJB), and 01-1202 (DWF/AJB) having been assigned to Judge Donovan W. Frank, and Case Nos. 01-1303 (JMR/FLN) and 01-1366 (JMR/SRN) having later been assigned to Chief Judge James M. Rosenbaum and Case No. 01-1455 (DDS/JMM) having later been assigned to Judge David S. Doty and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-1303(JMR/FLN), 01-1366 (JMR/SRN) and 01-1455 (DSD/JMM) be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of cards on the Security List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the card on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order ~~shall be~~ filed in each of the above respective files.

Dated: October 1st, 2001

DONOVAN W. FRANK
Judge of United States District Court

Dated: October 2nd, 2001

JAMES M. ROSENBAUM
Chief Judge of United States District Court

Dated: October 4, 2001

DAVID S. DOTY
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |